NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JAN 14 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10290 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02623-BCC-GEE-1 |
| v. |  |
| MARIO RUIZ-PALMA, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief District Judge, Presiding

Submitted January 12, 2015[**]
San Francisco, California

Before: WALLACE, M. SMITH, and FRIEDLAND, Circuit Judges.

Mario Ruiz-Palma appeals from his conviction following a jury trial for

possession of marijuana with intent to distribute. The Government concedes error

with regard to certain testimony and statements in closing argument that referred to

Ruiz-Palma's post-arrest silence, but it contends such error was harmless. We

---

[*]        This disposition is not appropriate for publication and is
not precedent except as provided by 9th Cir. R. 36-3.

[**]        The panel unanimously concludes this case is suitable for
decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

assume that Ruiz-Palma's claim of error was preserved but conclude that it is "beyond a reasonable doubt that the error complained of did not contribute to the verdict obtained." *Chapman v. California*, 386 U.S. 18, 24 (1967). The evidence overwhelmingly established Ruiz-Palma's guilt. *Cf. Illinois v. Wardlow*, 528 U.S. 119, 124-25 (2000) (unprovoked, headlong flight upon noticing law enforcement suggests wrongdoing); *Maryland v. Pringle*, 540 U.S. 366, 373 (2003) (drug activity in a car is an enterprise to which a guilty person "would be unlikely to admit an innocent person with the potential to furnish evidence against him").

**AFFIRMED.**